1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone:  (408) 291-7753
5
   Counsel for Defendant JAIMES-CORNEJO
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,        )   No. CR 12-00131 EJD
                                     )
13               Plaintiff,          )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING BRIEFING
14  vs.                              )   SCHEDULE AND HEARING DATE
                                     )
15  JACOBO JAIMES-CORNEJO,           )
                                     )
16               Defendant.          )
                                     )
17

18
                            **STIPULATION**
19
       Defendant Jacobo Jaimes-Cornejo, by and through Assistant Federal Public Defender
20
   Diana A. Garrido, and the United States, by and through Special Assistant United States
21
   Attorney Meredith Edwards, hereby stipulate that, with the Court's approval, the defendant's
22
   motion to dismiss the indictment, which is currently set to be heard on Monday, April 22, 2013,
23
   shall be continued to Monday, April 29, 2013; and that the supplemental briefing, which is
24
   currently due on Monday, April 15, 2013, be due on Monday, April 22, 2013.
25
       The reason for this request is that negotiation for a possible resolution are taking place
26

Stipulation and [Proposed] Order
No. CR 12-00123 EJD                        1

1  which may moot the motion.

2  Time has and continues to be excluded due to the pending motion.

3  IT IS SO STIPULATED.

4

5  Dated: April 15, 2013

6
_____/s/_____
7  DIANA A. GARRIDO
   Assistant Federal Public Defender
8

9
10 Dated: April 15, 2013

11

12 _____/s/_____
   MEREDITH EDWARDS
13 Special Assistant United States Attorney

14
                    [~~Proposed~~] **ORDER**
15

16 GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

17 ORDERED that the defendant's motion to dismiss the indictment shall be continued to April 29,

18 2013.  IT IS FURTHER ORDERED that the supplemental briefing on defendant's motion to

19 dismiss the indictment shall be filed by April 22, 2013.

20
21 IT IS SO ORDERED.

22 Dated:    4/17/2013

23                          _____
                            THE HONORABLE EDWARD J. DAVILA
24                          United States District Court Judge

25

26

Stipulation and [Proposed] Order
No. CR 12-00123 EJD                    2