MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066
E-Mail: meredith.edwards@usdoj.gov

Attorneys for United States of America

FILED
APR 22 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> JACOBO JAIMES-CORNEJO, ) <br> Defendant. ) | No. CR 12-131 EJD <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: April 22, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL
CR 12-131 EJD

| | |
|---|---|
| 1 | Leave is granted to the government to dismiss the indictment. |
| 2 | Defendant's Motion to Dismiss the indictment (Docket Item No. 12) is TERMINATED. |
| 3 | Date: 4/22/13 |
| 4 | EDWARD J. DAVILA<br>United States District Judge |